MJ22-5016

## Government's Exhibit List

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | FBI Report re: Service of GJS on CHRISTIE on 2/21/2022 | ✓ | ✓ |
| 2 | CHRISTIE Firearm Report Showing Purchase of Firearm on 3/1/2022 | ✓ | ✓ |
| 3 | 5/6/2011 LAPD Report **(UNDER SEAL)** | ✓ | ✓ |
| 4 | 12/16/2022 CHP Report | ✓ | ✓ |
| 5 | FBI Report re: 11/28/2022 Spot Check of CHRISTIE Residence | ✓ | . |
| 6 | "Notice to All 'Public Servants'" Posted on CHRISTIE Residence | ✓ | ✓ |
| 7 | Flash Drive (SN: 0058121) Containing 12/16/2022 CHP Dashcam Footage | ✓ | ✓ |
| 8 | LAFO SWAT Operation Log from CHRISTIE Arrest on 12/22/2022 | ✓ | ✓ |
| 9 | Photographs from Search of CHRISTIE Residence on 12/22/2022 | ✓ | ✓ |
| 10 | | | |



FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY